IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

**JUL 1 2 2006**

J T NOBLIN, CLERK

BY_____DEPUTY

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO.

RYAN MACK                                      3.06cr116TSLJCS

## ORDER TO SEAL

The United States of America requests that the Indictment herein be sealed, and

represents the following:

The Grand Jury has returned an Indictment against the Defendant. The request is made in

the interests of officer safety in apprehending the defendant, who previously shot another

individual with a firearm.

WHEREFORE, the United States requests that the Court SEAL the Indictment and

Return, and this Motion and Order, pending the arrest of the Defendant.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By:

for DAVE FULCHER
Assistant United States Attorney
MS Bar No. 10179

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment and Return herein be sealed, as well as
this Motion and Order to Seal.

SO ORDERED, this the 12 day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE